# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| JAMES KEITH RUSHBROOK, | ] | |
| Petitioner, | ] | |
| v. | ] | CV-09-LSC-RRA-1729-NE |
| THE STATE OF ALABAMA, | ] | |
| Respondent. | ] | |

## ORDER OF DISMISSAL

In accordance with the Memorandum Opinion entered contemporaneously herewith, the petition for a writ of habeas corpus is hereby **DISMISSED**. Costs are taxed to the petitioner.

Done this 6th day of October 2009.



L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

153671